```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA,**         *

**vs.**                               *    MAGISTRATE NO. 06-00064-B

**NELSON OMAR CABRERA-LOPEZ,**        *

    **Defendant.**                 *

## ORDER OF DETENTION

Defendant Nelson Omar Cabrera-Lopez appeared with counsel before this Court on May 9, 2006, for a preliminary examination, pursuant to the Federal Rules of Criminal Procedure and a detention hearing, pursuant to 18 U.S.C. § 3142.  Counsel for Defendant advised the Court that Defendant would not contest the Government's motion for detention (Doc. 4) since Defendant is not in the United States legally.

In light of the above, the Court finds that Defendant represents a serious flight risk, and that there are no conditions that can be imposed to reasonably ensure his appearance at future court proceedings.  Accordingly, the Government's motion for detention is GRANTED.

Defendant shall be detained pending trial.  Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

   Done this **9th** day of **May, 2006**.

>    /s/Sonja F. Bivins
>    **UNITED STATES MAGISTRATE JUDGE**